UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-60040-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RICKEY PHILLIPS and
CARLOS ROSE,

        Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant Phillips's Motion to Suppress Statements, All Evidence Seized From Defendant's Home and Phones, (D.E. 30).

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman United States Magistrate Judge on April 28, 2011. A Report and Recommendation filed on May 5, 2011 recommending that Defendant's Motion to Suppress Evidence be **Denied**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of May, 2011.

                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Torres
        Aimee Allegra Ferrera, AFPD
        Joel DeFabio, Esq.
        John Gonsoulin, AUSA